UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| KEON ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-CV-75-SNLJ |
| | ) | |
| JESSIE ALLEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file. On June 21, 2022, mail that this Court sent to self-represented plaintiff Keon Allen was returned without a forwarding address, and plaintiff has not notified the Court of any change in his address. According to the Local Rules of this Court, every self-represented party must promptly notify the Clerk of any change in his address or telephone number. E.D.Mo. L.R. 2.06(B). "If any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice." *Id.*

In this case, more than thirty days have passed since the mail was returned, and plaintiff has not notified the Court of a change of address. The Court will therefore dismiss this action, without prejudice, pursuant to Local Rule 2.06(B).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

Dated this 25th day of July, 2022.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE